FILED '22 11 03 PM03:09 MDGA-ALB

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,    :
               :
    VS.         :
               :    **7 : 22-CR-48 (HL)**
               :
**STEPHEN BUTLER,**       :
               :
       Defendant.  :
_____:

**ORDER**

Defendant appeared before the undersigned on October 26, 2022 for a detention hearing.

By Order dated October 26, 2022, Defendant was released prior to trial subject to certain

conditions. (Doc. 19). Pursuant to 18 U.S.C. § 3142 (c)(3), which provides that the "judicial officer

may at any time amend the order to impose additional or different conditions of release", the

following condition of release is added to the conditions set by the October 26, 2022 Order, and

Defendant must:

**(r) pay all or part of the cost of location monitoring based upon his ability to pay as
determined by the pretrial services or supervising officer.**

SO ORDERED AND DIRECTED, this 3rd day of November, 2022.

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE